UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-10004-CIV-MARTINEZ/MCALILEY

PAUL LOPEZ, et al.

       Plaintiffs,

v.

HAYES ROBERTSON GROUP, INC.,
et al.

       Defendants.
_____/

## ORDER FOLLOWING CASE MANAGEMENT CONFERENCE

On January 17, 2014, the Court held a case management conference in the above-referenced action. Based on the record, and the discussion with counsel during the case management conference, and for the reasons stated at the conference, which are incorporated in this Order, the Court ORDERS as follows:

1. Defendants' Motion for Case Management Conference [DE 73], is **DENIED AS MOOT**.

2. **No later than February 14, 2014**, Plaintiffs may file a consolidated motion raising any grounds for summary judgment in their favor. Defendants shall file a response, and, if appropriate, an incorporated cross-motion for summary judgment **no later than February 21, 2014**. Plaintiffs' reply/response shall be filed **no later than February 28, 2014**, and Defendants may file a reply in support of their motion for summary judgment **no**

later than March 7, 2014.

3. The parties shall mediate this action **no later than February 11, 2014**, and shall notify the Court of the outcome within 2 days of the mediation.

4. **No later than February 14, 2014**, the parties shall file revised joint proposed class notices based on the discussion at the case management conference and the model provided by the Court. If the parties have reached settlement, the notices shall be addressed to the proposed settlement classes.

5. The parties agree that, **no later than February 14, 2014**, they will file a motion for approval of settlement in the related case, *Bennett et al. v. Hayes Robertson Group, Inc. et al.*, Case No. 11-10105-MARTINEZ.

DONE and ORDERED in chambers in Miami, Florida this 21st day of January, 2014.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Jose E. Martinez
Counsel of record